**In re Derek J. WEBB, Appellant.**

**No. 2014–1652.**

United States Court of Appeals, Federal Circuit.

July 1, 2015.

Robert Allen Rowan, Nixon & Vanderhye P.C., Arlington, VA, argued for appellant. Also represented by Michael Edward Crawford, Alan M. Kagen.

Scott Weidenfeller, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Nathan K. Kelley, Molly R. Silfen.

WALLACH, HUGHES, Circuit Judges, and FOGEL Senior District Judge.*

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered,

---

* Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.

it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.